UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMANDA ALICE RADI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-0609 (UNA) |
| | ) | |
| JUDGE DENISE MARSHAL, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION**

This matter is before the Court on review of plaintiff's application to proceed *in forma pauperis* (Dkt. 2) and *pro se* complaint (Dkt. 1). The Court GRANTS the application, and for the reasons discussed below, DISMISSES the complaint and this civil action without prejudice.

It appears plaintiff, a California resident, is or was the defendant in proceedings, likely a domestic relations matter, before Judge Denise Marshall in the Superior Court of Dougherty County, Georgia. Plaintiff alleges that Judge Marshall was "bias[ed], rude and acted [in an] unprofessional" manner, *see* Compl. (ECF No. 1) at 5, in conducting hearings on May 23, 2023, and January 12, 2024, *see id*. at 4, and issuing orders on those same dates, *see id*. at 5. Plaintiff alleges Judge Marshall refused to consider "facts, evidence and court orders . . . from outside the state of Georgia." *Id*. In this action, plaintiff asks the Court to "declare the order a nullity," *id*., and to order a new hearing, *see id*. Plaintiff also demands Judge Marshall's recusal. *See generally id*., Ex. (ECF No. 1-2). This Court has no jurisdiction over such matters. It neither may review a Georgia court's orders, *see Gray v. Poole*, 275 F.3d 1113, 1119 (D.C. Cir. 2002) ("The *Rooker–Feldman* doctrine prevents lower federal courts from hearing cases that amount to the functional equivalent of an appeal from a state court."), nor insert itself in a domestic

relations matter, *see Bennett v. Bennett*, 682 F.2d 1039, 1042 (D.C. Cir. 1982) (explaining that domestic relationship exception divests federal court of jurisdiction over "grant[ing] a divorce, determin[ing] alimony or support obligations, or resolv[ing] parental conflicts over the custody of their children").

       An Order is issued separately.

RANDOLPH D. MOSS<br>
United States District Judge

DATE: March 18, 2024